**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 97-1512

———————

Kermit Robinson,      *
     *
        Appellant,      *
     *    Appeal from the United States
       v.      *    District Court for the
     *    Eastern District of Missouri.
McDonnell Douglas Corporation,      *
     *      [UNPUBLISHED]
        Appellee.      *

———————

Submitted: January 5, 1998
Filed: January 9, 1998

———————

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Kermit Robinson filed suit against McDonnell Douglas Corporation (MDC) alleging age and race discrimination, in violation of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and 42 U.S.C. § 1981. MDC moved for summary judgment, and Robinson failed to respond. The district court granted MDC's motion; Robinson now appeals. After careful review of the record and the parties' briefs, we conclude the district court correctly found no triable fact issues existed and summary judgment was warranted. We thus affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.